United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | MJ ACTION NO. 2:26-MJ-00117 |
| LEWIS PATRICK FERGUSON § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)     There is a serious risk that the defendant will not appear; and

(2)     There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant is a lifelong resident of Corpus Christi, with ties to this community. The defendant does have significant criminal history, however, his prior convictions are all over ten years old. The defendant also has a history of substance abuse, mental health problems, residential insecurity, and a history of non-compliance while on supervision. Additionally, the defendant does not have a suitable release plan. Therefore, the findings and conclusions contained in the Pretrial Services Report are adopted. However, if the defendant is able to present a suitable release plan, defense counsel may file a motion to re-open the detention

hearing.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on February 20, 2026.

_____
Jason B. Libby
United States Magistrate Judge